IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>　　　　Kenneth Bruce Bishop<br><br>　　　　　　Defendant. | Case No.03:21-MJ- 00421-MMS<br><br><br><br><br>Aug 05 2021 |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

　　　　I, Kevin Horne, United States Postal Inspector ("USPIS"), being duly sworn, depose and state that:

**I.　BACKGROUND AND EXPERIENCE OF AFFIANT**

　　　　1.　　I am a United States Postal Inspector, assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail.

　　　　2.　　I have been a Postal Inspector since June 2017 and I am currently assigned to the Seattle Division, specifically to the Anchorage Domicile, which is responsible for investigation of control substance law violations involving the United States mail.

　　　　3.　　As part of my duties as a U.S. Postal Inspector, I investigate drug trafficking organizations, including their smuggling routes and the techniques that they use for transporting controlled substances such as marijuana, cocaine, methamphetamine, and heroin. My duties include investigating drug trafficking organizations, interviewing witnesses, victims and



suspects, identifying people involved, developing probable cause for cases, handling and processing various types of evidence, and assembling cases for prosecution. I have conducted and/or participated in numerous investigations relating to the use, possession, manufacture, and trafficking of controlled substances, and I have become familiar with devices, paraphernalia, techniques, and practices used by people engaged in the use, possession, manufacture, and trafficking of controlled substances. I have also conducted and/or participated in investigations which have resulted in the seizure of marijuana, cocaine hydrochloride, opium, heroin, methamphetamine, MDMA (ecstasy), prescription medications, firearms, cellular phones, surveillance systems, cameras, memory cards, computers, documents, money, and precious metals. I have also conducted numerous interviews of people involved in the use, possession, manufacture, and trafficking of controlled substances which have added to my knowledge of the illegal drug culture that exists in Alaska.

## II. PURPOSE OF AFFIDAVIT

This Affidavit is presented in support of a criminal complaint and request for the issuance of arrest warrant against Kenneth Bruce Bishop. I submit there is probable cause to believe that he conspired with another party to attempt to knowingly and intentionally possess a controlled substance with intent to distribute 50 grams or more of actual (pure) methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A) and possessed a controlled substance with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C). I have not set forth in this affidavit all of the facts and sources of information of which I am familiar that support my assertion of probable cause.

//

## III. PROBABLE CAUSE STATEMENT



On July 30, 2021, members of the Anchorage Airport Interdiction Team responded to a regional air carrier at Merrill Field Airport in Anchorage, Alaska, after staff at the carrier located drugs in checked luggage during their routine screening process. Investigators responded and took possession of approximately 170 gross grams of a substance that field tested positive for Methamphetamine, and approximately 52 gross grams of a substance that field tested positive as Heroin.

The narcotics were located by airline staff in a Taco Bell bag checked by a passenger bound for King Salmon, Alaska.

In the course on the interview, the passenger, now a "Cooperating Defendant" ("CD"), informed investigators that he was transporting the drugs from Anchorage to King Salmon for a person named "Bruce Bishop" (identified by the passenger through a photo lineup as "Kenneth Bruce Bishop").

An airline manifest check revealed Bishop had paid for the passenger's flight from Anchorage to King Salmon, Alaska.

The CD reached out to Bishop by phone and text message and informed Bishop he had not boarded the flight to King Salmon and offered to send the drugs via U.S. Mail. Shortly thereafter, the CD received a text message from Bishop with a name and PO BOX to ship the drugs to (P.O. Box 348 Danielle Dobkins King Salmon AK 99613).

Investigators coordinated with US Postal Inspectors and created a USPS shipping label (9505 5066 6181 1210 8518 57) addressed to PO BOX 348, King Salmon, AK 99616.
The CD informed Bishop they had shipped the narcotics and sent Bishop a photo of the box/label.

On August 2,2021, Investigators traveled to King Salmon, Alaska to conduct a controlled delivery of the parcel to Bishop.

Aug 05 2021

On August 2, 2021, a State Order for the Installation and Monitoring of an Electronic Alerting and Tracking Device was granted for **the Subject Parcel** by an Alaska State Magistrate Judge

On August 3, 2021, A US Postal Inspector and Alaska State Troopers installed the alerting device in **the Subject Parcel**. The alerting device was placed so it would emit a break-tone signal upon opening of parcel. Law enforcement officers removed the original narcotics and inserted a sham product into the parcel.

A representative sample of the original suspected Methamphetamine and Heroin were placed into **the Subject Parcel** and the contents of **the Subject Parcel** were packaged. The interior contents of the parcel were covered with a fluorescent spray which reveals itself under UV light. On August 3, 2021, U.S. Postal Inspectors, Alaska State Troopers, and Drug Enforcement Administration, executed a controlled delivery on **the Subject Parcel**.

**The Subject Parcel** was scanned ready for pick up at the King Salmon Post Office at 12:30 PM. At approximately 4:15 PM, A United States Postal Inspector (USPI) and Alaska State Trooper witnessed a male and female subject approach the King Salmon Post Office and retrieve **the Subject Parcel**. The male subject was later identified as Bishop.

Investigators witnessed Bishop's truck, with Alaska license plate number JAN -563, exit the King Salmon Post Office parking lot and head towards downtown King Salmon. The monitoring device indicated **the Subject Parcel** was inside Bishop's truck. Investigators followed as Bishop's truck briefly parked at the Wells Fargo Bank in King Salmon Alaska, before exiting and driving towards Naknek Alaska.

Investigators witnessed Bishop's truck turn onto a gravel road at mile mark 11 on Alaska Peninsula Highway. Shortly after that, the monitoring equipment indicated that **the Subject Parcel** had been opened. Law enforcement officers located Bishop's truck in a gravel pit. They made contact with Bishop, who was manipulating something on the driver's side floorboard while standing outside the open driver's door of the truck. Bishop was placed into custody.


Aug 05 2021

Law enforcement officers found the inside contents of **the Subject Parcel** on the driver's side floorboard of Bishop's truck, and later found the empty Subject Parcel in a nearby abandoned van 20 yards from where Bishop was detained.

Bishop's hands bore evidence that he handled the internal contents of the **Subject Parcel**.

Based on the above information, I submit that there is probable cause to believe that Kenneth Bruce Bishop, beginning on or before the 3rd of August 2021, in the District of Alaska and elsewhere, did, violate 21 U.S.C §§ 846, 841(a)(1), (b)(1)(A), and (b)(1)(C), felony drug trafficking offenses.

Respectfully submitted,

Kevin Horne
Postal Inspector, USPIS
Anchorage Domicile

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on:

August 5, 2021

UNITED STATES MAGISTRATE JUDGE